Daisy Alvarez, Petitioner-Respondent,
against
Elena V. Strujan, Respondent-Appellant.



Respondent Elena V. Strujan appeals from an order of the Civil Court of the City of New York, New York County (Hannah Cohen, J.), dated August 10, 2017, which denied her motion to vacate a stipulation of settlement and consent final judgment of possession in a holdover summary proceeding.




Per Curiam.
Order (Hannah Cohen, J.), dated August 10, 2017, affirmed, without costs.
Civil Court properly denied respondent Strujan's motion to vacate the so-ordered stipulation settling the underlying holdover proceeding, since she failed to demonstrate legal cause for such relief, i.e., fraud, collusion, mistake or accident (see Hallock v State of New York, 64 NY2d 224, 230 [1984]; see also Hotel Cameron, Inc. v Purcell, 35 AD3d 153, 156 [2006]). The record demonstrates that while respondent appeared pro se, she was thoroughly allocuted by the court as to the terms of the stipulation, including the rights and affirmative defenses she was waiving, and personally confirmed that she understood and assented to those terms requiring her to vacate the premises that she briefly occupied as the roommate of petitioner, the tenant of record (see Skeete v Bah, 50 Misc 3d 127[A], 2015 NY Slip Op 51866[U] [App Term, 1st Dept 2015]). Respondent's generalized and unsubstantiated contentions of, inter alia, harassment and discrimination are insufficient to invalidate the agreement.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 19, 2018